Robert NORSE, Plaintiff–Appellant,

v.

CITY OF SANTA CRUZ; Christopher Krohn, individually and in his official capacity as Mayor of the City of Santa Cruz; Tim Fitzmaurice; Keith A. Sugar; Emily Reilly; Ed Porter; Scott Kennedy; Mark Primack, individually and in their official capacities as Members of the Santa Cruz City Council; Loran Baker, individually and in his official capacity as Sergeant of the Santa Cruz Police Department; Steven Clark, Defendants–Appellees.

No. 07–15814.

United States Court of Appeals, Ninth Circuit.

March 12, 2010.

David John Beauvais, Oakland, CA, Kathleen Elizabeth Wells, Esquire, Law Office of Kate Wells, Santa Cruz, CA, for Plaintiff–Appellant.

George J. Kovacevich, Esquire, Atchison, Barisone & Condotti A. Professional Corporation, Santa Cruz, CA, for Defendants–Appellees.

D.C. No. CV–02–01479–RMW.

### ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Daniel GUGGENHEIM; Susan Guggenheim; Maureen H. Pierce, Plaintiffs–Appellants,

v.

CITY OF GOLETA, a municipal corporation, Defendant–Appellee.

No. 06–56306.

United States Court of Appeals, Ninth Circuit.

March 12, 2010.

Mark D. Alpert, Esquire, Robert S. Coldren, Esquire, Hart King & Coldren, PC, Santa Ana, CA, for Plaintiffs–Appellants.

Bruce C. Gridley, Esquire, Kane, Ballmer & Berkman, Los Angeles, CA, Amy Eileen Hoyt, Esquire, Burke Williams & Sorerensen, LLP, Riverside, CA, for Defendant–Appellee.

### ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

SERVICE EMPLOYEES INTERNATIONAL UNION; David Regan; Eliseo Medina, as Trustees for SEIU United Healthcare Workers–West and fiduciaries of the SEIU United Healthcare Workers–West and Joint